THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEEANN B. MACARTHUR, Appellant. [937 NYS2d 653]

Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.